[No. 29990-9-II.   Division Two.   March 2, 2004.]

CLIFFORD J. DAVIS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-07909-1, James R. Orlando, J., entered February 20, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 29991-7-II.   Division Two.   March 2, 2004.]

*In the Matter of the Estate of* LESLIE P. SUSSMAN.

GENERAL METALS OF TACOMA, INC., *Appellant*, v. SOPHIE SUSSMAN, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-4-00718-6, Stephanie A. Arend, J., entered February 18, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 30308-6-II.   Division Two.   March 2, 2004.]

WILLIAM C. ANDERSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01863-4, Richard D. Hicks, J., entered April 28, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.